**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>LEGAULT, JEAN MARIE<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06-15578 BWB<br><br>JUDGE BRUCE W. BLACK |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:   Will County Courthouse Annex
         57 N. Ottawa St., Room 201
         Joliet, Illinois 60432

   on:   January 11, 2008
   at:   **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $         547,044.60

   b. Disbursements                         $         515,683.67

   c. Net Cash Available for Distribution   $          31,360.93

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|

| | | |
|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE (Trustee Fees) | 0.00 | $21,500.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Firm Legal Fees) | 0.00 | $6,500.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Firm Legal Expenses) | 0.00 | $46.85 |
| Alan D. Lasko (Trustee's Accountant Fees) | 0.00 | $1,470.00 |
| Alan D. Lasko (Trustee's Accountant Expenses) | 0.00 | $13.00 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.  Claims of general unsecured creditors totaling $8,673.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 21.11%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | KOHL'S | $ 411.06 | $ 86.78 |
| 002 | ECAST SETTLEMENT CORPORATION | $ 7,987.18 | $ 1,686.17 |
| 003 | NICOR | $ 275.36 | $ 58.13 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for

compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of debtors, IRA, 1997 Pathfinder and 2002 Avalanche

Dated:   December 7, 2007

For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:   THOMAS B. SULLIVAN, TRUSTEE
Address:   1900 RAVINIA PLACE
           ORLAND PARK, IL  60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | | |
|---|---|---|
| IN RE: | | CHAPTER 7 CASE |
| LEGAULT, JEAN MARIE | | |
| | | CASE NO. 06-15578 BWB |
| | | JUDGE BRUCE W. BLACK |
| Debtor(s) | | |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 21,500.00 |
| 2. | Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 21,500.00 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 6,500.00 |
| | b. Expenses | $ | 46.85 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 1,470.00 |
| | b. Expenses | $ | 13.00 |
| | c. Chapter 11 compensation | $ | 0.00 |

      d. Chapter 11 Expenses        $_____0.00

3.   Other Professionals

                      TOTAL        $_____8,029.85

    IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 200__.

                ENTERED   _____
                            BRUCE W. BLACK
                            UNITED STATES BANKRUPTCY JUDGE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1         Date Rcvd: Dec 07, 2007
Case: 06-15578                Form ID: pdf002          Total Served: 26

The following entities were served by first class mail on Dec 09, 2007.
db          +Jean Marie LeGault,    2232 Hillsboro Lane,    Naperville, IL 60564-8481
aty         +Arthur W Rummler,    Grochocinski, Grochoinski & Lloyd Ltd,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +Susan G Castagnoli,    Law Offices of Susan G. Castagnoli  P C,    1119 N  Washington St,
              Naperville, IL 60563-2766
tr          +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
11033862    +Amex,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
11033863    +Amex,    P O Box 297871,    Fort Lauderdal, FL 33329-7871
11033864    +Bank One,    P. O. Box 901039,    Fort Worth, TX 76101-2039
11033865    +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11033866    +Chase Bank,    111 E. Wisconsin,    Milwaukee, WI 53202-4800
11033867    +Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
11033869    +Exxon Mobile,    P.O. Box 981400,    El Paso, TX 79998-1400
11033870    +First Midwest Bank N.A.,    300 N Hunt Club Rd,    Gurnee, IL 60031-2502
11033871    +Gemb/Lens Crafters,    950 Forrer Blvd,    Kettering, OH 45420-1469
11033873    +Hsbc Nv,    Pob 19360,    Portland, OR 97280-0360
11033872     Hsbc Nv,    Po Box 19360,    Salinas, CA 93901
11033874    +Innovative Merchant,    26520 Agoura Rd,    Calabasas, CA 91302-1921
11033875     Kohl's Payment Center,    PO Box 2983,    Milwaukee, WI 53201-2983
11033876    +Kohls,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
11165792    +Kohls/Chase Bank USA,N.A.,    P O Box 740933,    Dallas, TX 75374-0933
11033877    +NICOR (Northern Illinois Gas),    Attention: Bankruptcy & Collections,    PO Box 549,
              Aurora, IL 60507-0549
11033878    +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
11033879    +PHH,    c/o Mortgage Service Center,    4001 Leadenhall Road,    Mount Laurel, NJ 08054-4611
11033880    +Shell Oil/citibank,    P.O. Box 6003,    Hagerstown, MD 21747-6003
11244004     eCAST Settlement Corporation assignee of,    Chase Bank USA NA,    POB 35480,
              Newark NJ 07193-5480
The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11033868     Dr. Philip Helding
11033881     Glenn B. Stearns,    Chapter 13 Trustee,    via: Electronic Mail)
                                                                                               TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 09, 2007**          **Signature:** _Joseph Speetjens_